An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH E. BROOKS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66378

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify a sentence.[1] Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on July 1, 2014, appellant claimed that because he pleaded guilty pursuant to an *Alford*[2] plea to the deadly weapon enhancements and to being a felon in possession of a firearm, he should not have been sentenced for the enhancements or on the felon charge. Further, he claimed that NRS 193.165 is unconstitutional. Appellant's claims fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]*North Carolina v. Alford*, 400 U.S. 25 (1970).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40406

the merits of any of the claims raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:  Hon. Valorie J. Vega, District Judge
     Keith E. Brooks
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk